FILED
CLERK, U.S. DISTRICT COURT
12/18/25
CENTRAL DISTRICT OF CALIFORNIA
BY: ___iv___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CLINTON RACHAR BURRIS, <br><br> Defendant. | Case No. 2:23-CR-00015-FMO <br><br> **ORDER OF DETENTION** <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)(1)] |

    On December 12, 2025, Defendant Clinton Rachar Burris made his initial appearance on the petition for revocation of supervised release. Defendant submitted on the detention recommendation in the Pretrial Services Report.

    Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition include failure to appear for random drug testing on multiple occasions, failure to report for mental health counseling, and failure to return to the district as directed by the probation officer on multiple occasions.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition regarding Defendant's arrest in Arizona.

It is therefore ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: 12/18/2025

_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE